UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RAFAEL ZUNIGA,<br><br>　　　　　Respondent. | 1:15-cv-00136 BAM (HC)<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

　　　　Petitioner, a federal prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28 U.S.C. § 2241.

　　　　The petitioner is an inmate of a correctional institution located in Lassen County who is challenging the conduct of correctional officials in Lassen County.  Lassen County is part of the Sacramento Division of the United States District Court for the Eastern District of California.  28 U.S.C. § 84(b).  Therefore, the petition should have been filed in the Sacramento Division. Local Rule 120(d).

　　　　Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. Therefore, this action will be transferred to the Sacramento Division. Good cause appearing, IT IS HEREBY ORDERED that:

1

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

>United States District Court
>Eastern District of California
>501 "I" Street, Suite 4-200
>Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **January 28, 2015**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE